THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FREDERICK AVERY, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ALEX ROSENSWAIKE, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HARRY YALE, Appellant.

Argued October 10, 1938; decided October 25, 1938.

*Allen Caruthers* for Frederick Avery, appellant.

*Elvin N. Edwards* for Alex Rosenswaike and Harry Yale, appellants.

*William F. X. Geoghan, District Attorney (George F. Palmer, Jr.,* of counsel), for respondent.

As to each defendant: judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and RIPPEY, J.